UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY J. KRONZ,

    Plaintiff,

CASE NO.: 2:21-cv-12643-TGB
HON. TERRENCE G. BERG
MAG. JONATHAN J.C. GREY

v

CITY OF IMLAY CITY and
SCOTT R. PIKE, CHIEF OF POLICE,
Individually and Jointly and Severally,

    Defendants.
_____

| | |
|---|---|
| VICTOR J. MASTROMARCO, JR. (P34564) | AUDREY J. FORBUSH (P41744) |
| KEVIN J. KELLY (P74546) | **PLUNKETT COONEY** |
| **THE MASTROMARCO FIRM** | Attorney for Defendants |
| Attorneys for Plaintiff | Plaza One Financial Center |
| 1024 N. Michigan Avenue | 111 E. Court Street - Suite 1B |
| Saginaw, MI 48602 | Flint, MI 48502 |
| (989) 752-1414 | (810) 342-7014 |
| VMastromarco@mastromarcofirm.com | (810) 232-3159 - fax |
| KKelly@mastromarcofirm.com | aforbush@plunkettcooney.com |

_____

## STIPULATED ORDER FOR DISMISSAL

    IT IS HEREBY ORDERED that this matter is dismissed with prejudice, without costs, interest or attorney fees.

    /s/Terrence G. Berg
    Hon. Terrence G. Berg
    The United States District Judge

DATED: JUNE 15, 2023

So Stipulated:

*/s/ Victor J. Mastromarco, Jr.*
VICTOR J. MASTROMARCO, JR. (P34564)
Attorney for Plaintiff

*/s/ Audrey J. Forbush*
AUDREY J. FORBUSH  (P41744)
Attorney for Defendants

Open.00560.02673.31272168-1